■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY HOLMES, Appellant. [642 NYS2d 516] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered November 16, 1993, convicting defendant, after a jury trial, of burglary in the third degree and criminal possession of stolen property in the fifth degree, and sentencing him, as a second felony offender, to concurrent prison terms of $3^1/_2$ to 7 years and 1 year, respectively, unanimously affirmed.

The two questions the court asked defendant's medical witness were proper since defendant had placed his medical condition in issue. None of the court's questions displayed any bias

against defendant or indicated that it had any opinion about the merits of the case (*see, People v Yut Wai Tom*, 53 NY2d 44, 56-57). Concur—Milonas, J. P., Rosenberger, Rubin, Kupferman and Tom, JJ.